IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERMAN WHEELER,**

      Plaintiff,                                   **CASE NO.: 6:15-CV-1017-ORL-40TBS**

vs.

**COASTAL DELIVERY, INC.,**

      Defendant.
_____/

**UNOPPOSED MOTION FOR ONE DAY EXTENSION
TO FILE SETTLEMENT AGREEMENT**

      Defendant COASTAL DELIVERY, INC. ("Coastal" or "Defendant"), through its undersigned counsel and pursuant to Local Rule 3.01(g), moves the Court for a one day extension to file the settlement agreement and joint motion to approve the settlement reached by the parties in this case and states as follows:

      1.    On September 11, 2015 this honorable Court entered an order requesting that the parties file their settlement agreement with the Court for approval by September 25, 2015.

      2.    On September 25, 2015, the Plaintiff sent the Defendant an executed copy of the settlement agreement.

      3.    At present, the Defendant is out of town and has been unable to execute the agreement in the presence of a notary.

      4.    The Defendant will be returning to Florida and will be able to execute the agreement in the presence of a notary in one business day, by Monday September 28, 2015.

5. As such, the Defendant requests a one day extension, through and including, September 28, 2015, to file the fully executed settlement agreement and joint motion to approve with the Court.

WHEREFORE, Defendant, COASTAL DELIVERY, INC, respectfully request that this Honorable Court enter an Order GRANTING this Motion and allowing the parties to file the Joint Motion for Approval of Settlement and Settlement Agreement by September 28, 2015.

Respectfully submitted,

s/ Karina S. Xart
Nathan A. McCoy, Esq.
Florida Bar No. 676101
Email:  nmccoy@wilsonmccoylaw.com
Karina S. Xart, Esq.
Florida Bar No. 107121
E-mail: kxart@wilsonmccoylaw.com
WILSON MCCOY, P.A.
711 N. Orlando Ave., Suite 202
Maitland, FL 32751
Telephone: (407) 803-5400
Facsimile:  (407) 803-4617

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk utilizing the CMECF system, which will provide a copy to counsel of record: this 25th day of September, 2015.

 Karina S. Xart
Karina S. Xart, Esq.