# EXHIBIT A

[Back]

# Docket Sheet
## 14-020734TWS

**JERMAN WHEELER**
vs.
**COASTAL DELIVERY, INC/ORLANDO ESTATE AUCTION, LLC**

*** Should you encounter problems printing the PDF files, select the "print as image" box in the Adobe Acrobat Reader print menu.

| Date | Proceedings | PDF |
|---|---|---|
| 9/29/2015 | Outgoing Correspondence-approved telephonic appearance of attorney | |
| 9/28/2015 | Letter to Judge Requesting Telephonic Appearance for Atty at Hearing filed by Lyle Masnikoff | |
| 9/16/2015 | Evidentiary Order-9/10/15 Conference | 📄 |
| 9/15/2015 | Proposed Order filed by W. Rogers Turner, Jr. | |
| 9/10/2015 | Evidentiary Motion Hearing scheduled for Oct 27 2015: 2:00 pm: Orlando, FL | |
| 9/10/2015 | Order-Evidentiary Hearing- E/C's Motion to Enforce Mediation Agreement | 📄 |
| 8/10/2015 | Conference scheduled for Sep 10 2015: 10:30 am: Orlando, FL | |
| 8/10/2015 | Notice of Status Conference set for Sept 10, 2015 at 10:30 a.m. | |
| 8/6/2015 | Outgoing Correspondence-Written Request from Pro Se for hearing | |
| 6/8/2015 | Returned Mail | |
| 6/1/2015 | Final Evidentiary Order | 📄 |
| 5/28/2015 | Order | 📄 |
| 5/26/2015 | Outgoing Correspondence-approved telephonic appearance of attorney | |
| 5/26/2015 | 5/26/15 Exhibit #1: Outgoing Correspondence-Fax received by JCC | |
| 5/15/2015 | Letter to Judge Requesting Telephonic Appearance for Atty at Evidentiary Hearing filed by Lyle Masnikoff | |
| 5/11/2015 | Evidentiary Motion Hearing scheduled for May 26 2015: 1:30 pm: | |

| Date | Entry |
|---|---|
| | Orlando, FL |
| 5/11/2015 | Order & Notice of Evidentiary Hearing set for 5-26-15 at 1:30 p.m. |
| 5/8/2015 | Motion to Enforce Settlement filed by W. Rogers Turner, Jr. |
| 5/4/2015 | Motion Hearing scheduled for May 26 2015: 1:30 pm: Orlando, FL |
| 5/4/2015 | Notice of Motion Hearing filed by Lyle Masnikoff |
| 5/1/2015 | Outgoing Correspondence - Fax received by JCC |
| 4/30/2015 | Outgoing Correspondence-Fax received by JCC |
| 4/30/2015 | 5/26/15 Exhibit #2: Motion to Withdraw as counsel and Lien for Attorney's Fees filed by Lyle Masnikoff |
| 3/20/2015 | Request for Amount of Child Support filed by Lyle Masnikoff |
| 3/20/2015 | Child Support Information - No Arrearage Found |
| 3/13/2015 | Notice of Washout Settlement Agreement filed by Lyle Masnikoff |
| 3/9/2015 | Motion to Dismiss filed by W. Rogers Turner, Jr. |
| 2/9/2015 | Final Evidentiary Order |
| 2/5/2015 | Supplemental Stipulations and Final Witness List filed by W. Rogers Turner, Jr. |
| 2/5/2015 | Order Vacating Order Compelling Production |
| 2/4/2015 | Amended Notice of Motion Hearing filed by W. Rogers Turner, Jr. |
| 1/23/2015 | Response to Motion to Vacate Order Compelling Production w/ Exhibits filed by Lyle Masnikoff |
| 1/20/2015 | Notice of Motion Hearing filed by W. Rogers Turner, Jr. |
| 1/16/2015 | Motion to Vacate Order Compelling Production filed by W. Rogers Turner, Jr. |
| 1/15/2015 | Motion Hearing scheduled for Feb 5 2015: 09:30 am: Orlando, FL |
| 1/13/2015 | Response to Motion to Compel Answers to Deposition Questions filed by Lyle Masnikoff |
| 1/12/2015 | Order Granting Motion to Compel RTP dated September 9, 2014 |
| 1/9/2015 | Motion to Compel Answers to Deposition Questions filed by W. Rogers Turner, Jr. |
| 1/9/2015 | Claimant Deposition Transcript as attachment to Motion to Compel Answers to Deposition Questions filed by W. Rogers Turner, Jr. |