**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JERMAN WHEELER,

    Plaintiff,

v.   Case No:  6:15-cv-1017-Orl-40TBS

COASTAL DELIVERY, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 23) filed on September 28, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 20, 2015 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 23) is **GRANTED**.

3. The parties' settlement agreement is **APPROVED**.

4. Defendant's Motion to Enforce Settlement Agreement (Doc. 15) is **DENIED as moot.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 10, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties